ROGER LEE HILL ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WATERTOWN

The petition by the plaintiffs Frank Mango et al. for certification for appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*F. Patrick Zailckas,* in support of the petition.

*Brian M. Stone,* in opposition.

Submitted April 5—decided April 21, 1977

SCHOOL PROPERTY ASSOCIATES *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
WESTPORT ET AL.

The petition by the named defendant for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Bruce L. Devin,* in support of the petition.

*Lawrence Gochberg,* in opposition.

Submitted April 11—decided April 21, 1977

MARILYN R. ZIMMERMAN *v.* JANET G. GRAHAM ET AL.

The defendants' motion for permission to file a bond in the appeal, dated November 30, 1976, from the Superior Court in Hartford County is denied.

*Phyllis Corneal,* in support of the motion.